HARRY BROWN, Respondent, *v.* ISIDORE AGIN, Appellant.

(Argued May 9, 1930; decided June 3, 1930.)

*Mortimer H. Israel* for appellant.
*Benjamin Frindel* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.